# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| My11 | 9471361 | Keller | 137 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 06/10/2024 1045am | MTA 16-303 ☐ |

Place of Offense
9150 Amber drive
Fort Detrick, MD 21704

Offense Description: Factual Basis for Charge          HAZMAT ☐

Driving on a suspended MD license

### DEFENDANT INFORMATION

Last Name
Quigley   Khalilah   A

Street Address
[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| QVEP13 | FL | 100 | Dodge charger | | Black |

### APPEARANCE IS REQUIRED

A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 1520 Freedman dr | TBD |
| Fort detrick, MD 21702 | Time TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*9471361*

CVB SCAN 06/25/2024 12:28

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 10, 2024 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland while performing Rader at 9150 amber Drive, noticed a Black charger displaying 3/84 QVEPA3 out of Florida. Quigley, Khalilah also had a suspended MD license. on 12/14 Box3 Per failure to Appear/comply suspension. She was cooperative, oated, and released.

The foregoing statement is based upon:

☑ my personal observation      ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/10/2024   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/25/2024 12:28