# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

Khalilah Quigley
**Defendant**

Citation No(s): _____

Docket No: 24-MJ-2059

Note: MTA below means an 18 USC §13 assimilated offense under Maryland Code Transportation Article. Offense occured on special territorial jurisdiction of US at Fort Detrick, MD.

\* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL DUE: $ _____

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278
(or you may pay online at www.cvb.uscourts.gov)

☐ Waive Initial Appearance    ☐ Continue to Obtain License
☐ Continue for Payment        ☐ Continue to Retain Attorney
☐ Set for Trial               ☐ New Court Date: _____
☒ Dismissed by the Government        at: _____ a.m.

COMMENTS: _____

_[signature]_
**Defendant's Signature**

_[signature]_  Gary Zolfagh
**Special Assistant U.S. Attorney**
4 March '25

_____
**Attorney for Defendant**           **Date**

*Original – Court*        *Yellow – Defendant*        *Pink – AUSA*